**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-2375

PAUL M. BLOWE,

Plaintiff - Appellant,

versus

CITY OF NORFOLK, Division of Transportation
Engineer, Department of Public Works; KAMALA
HALLGREN LANNETTI, Assistant City Attorney;
GUSIN AKAN, Principal Transportation Engineer,
Department of Public Works; RICK HENN, Divi-
sion of Transportation,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-97-901-2)

Submitted: March 26, 1998          Decided: April 6, 1998

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Paul M. Blowe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint as frivolous under 28 U.S.C.A. § 1915A(e)(2)(B)(i) (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we deny Appellant's motions for appointment of counsel and for "subsidized relief from poverty" and dismiss the appeal on the reasoning of the district court. <u>Blowe v. City of Norfolk</u>, No. CA-97-901-2 (E.D. Va. Sept. 23, 1997). <u>See</u> 28 U.S.C.A. § 1915A(e)(2)(B)(i). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>